| | |
|---|---|
| CLARKSON LAW FIRM, P.C.<br>KATHERINE A. BRUCE (SBN 288694)<br>Email: kbruce@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Attorneys for Plaintiff<br>*Patrick Peterson* | PATTERSON BELKNAP WEBB &<br>TYLER LLP<br>Steven A. Zalesin (*Pro Hac Vice*)<br>Email: sazalesin@pbwt.com<br>Jane Metcalf (*Pro Hac Vice*)<br>Email: jmetcalf@pbwt.com<br>1133 Avenue of the Americas<br>New York, New York  10036<br>Telephone: (212) 336-2110<br><br>LAFAYETTE & KUMAGAI LLP<br>GARY T. LAFAYETTE (SBN 088666)<br>Email: glafayette@lkclaw.com<br>BRIAN H. CHUN (SBN 215417)<br>Email: bchun@lkclaw.com<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Telephone: (415) 357-4600<br><br>*Attorneys for Defendants The Glad Products Company and The Clorox Company* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PETERSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE GLAD PRODUCTS COMPANY, a Delaware corporation and THE CLOROX COMPANY, a Delaware corporation,<br><br>　　　　Defendants. | Case No: 3:23-cv-00491-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION <u>WITH PREJUDICE</u>** |

**THE PARTIES HEREBY STIPULATE AND AGREE**, through their undersigned counsel, as follows: (i) the individual claims of Plaintiff Patrick Peterson are dismissed with prejudice; (ii) the claims of the putative class are dismissed without prejudice; and (iii) the parties shall bear their own costs, expenses, and fees.

Dated: November 6, 2023

| | |
|---|---|
| By: */s/ Katherine A. Bruce* | By: */s/ Steven A. Zalesin* |
| Katherine A. Bruce (SBN 288694)<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>T: (213) 788-4050<br><br>*Attorneys for Plaintiff Patrick Peterson* | Steven A. Zalesin (pro hac vice)<br>Jane M. Metcalf (pro hac vice)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>T: (212) 336-2000<br>sazalesin@pbwt.com<br>jmetcalf@pbwt.com<br><br>Gary T. Lafayette (SBN 88666)<br>Brian H. Chun (SBN 215417)<br>LAFAYETTE & KUMAGAI LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>T: (415) 357-4600<br>glafayette@lkclaw.com<br>bchun@lkclaw.com<br><br>*Attorneys for Defendants The Glad Products Company and The Clorox Company* |

**PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED.  The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Patrick Peterson's individual claims, and without prejudice as to the claims of the putative class.  All other existing dates and deadlines in this matter are hereby vacated.

DATED: _____    By: _____
                                           THOMAS S. HIXSON
                                           United States Magistrate Judge