| | |
|---|---|
| CLARKSON LAW FIRM, P.C. | PATTERSON BELKNAP WEBB & TYLER LLP |
| KATHERINE A. BRUCE (SBN 288694) | Steven A. Zalesin (*Pro Hac Vice*) |
| Email: kbruce@clarksonlawfirm.com | Email: sazalesin@pbwt.com |
| 22525 Pacific Coast Highway | Jane Metcalf (*Pro Hac Vice*) |
| Malibu, CA 90265 | Email: jmetcalf@pbwt.com |
| Telephone: (213) 788-4050 | 1133 Avenue of the Americas |
| | New York, New York 10036 |
| Attorneys for Plaintiff | Telephone: (212) 336-2110 |
| *Patrick Peterson* | |

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600

*Attorneys for Defendants The Glad Products Company and The Clorox Company*

**FILED**
Nov 06 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK PETERSON, individually and on behalf of all others similarly situated, | ) ) ) | Case No: 3:23-cv-00491-TSH |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| THE GLAD PRODUCTS COMPANY, a Delaware corporation and THE CLOROX COMPANY, a Delaware corporation, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**THE PARTIES HEREBY STIPULATE AND AGREE**, through their undersigned counsel, as follows: (i) the individual claims of Plaintiff Patrick Peterson are dismissed with prejudice; (ii) the claims of the putative class are dismissed without prejudice; and (iii) the parties shall bear their own costs, expenses, and fees.

Dated:  November 6, 2023

By: /s/ Katherine A. Bruce

Katherine A. Bruce (SBN 288694)
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
T: (213) 788-4050

*Attorneys for Plaintiff Patrick Peterson*

By: /s/ Steven A. Zalesin

Steven A. Zalesin (pro hac vice)
Jane M. Metcalf  (pro hac vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
T: (212) 336-2000
sazalesin@pbwt.com
jmetcalf@pbwt.com

Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
T: (415) 357-4600
glafayette@lkclaw.com
bchun@lkclaw.com

*Attorneys for Defendants The Glad Products Company and The Clorox Company*

# ~~PROPOSED~~ ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Patrick Peterson's individual claims, and without prejudice as to the claims of the putative class. All other existing dates and deadlines in this matter are hereby vacated.

DATED: _____        By: _____
                                        THOMAS S. HIXSON
                                        United States Magistrate Judge