CLARKSON LAW FIRM, P.C.
KATHERINE A. BRUCE (SBN 288694)
Email:  kbruce@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

Attorneys for Plaintiff
*Patrick Peterson*

PATTERSON BELKNAP WEBB &
TYLER LLP
Steven A. Zalesin (*Pro Hac Vice*)
Email:  sazalesin@pbwt.com
Jane Metcalf (*Pro Hac Vice*)
Email:  jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York  10036
Telephone: (212) 336-2110

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
Email:  glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email:  bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600

*Attorneys for Defendants The Glad
Products Company and The Clorox
Company*

**FILED**

Nov 06 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PETERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GLAD PRODUCTS COMPANY, a Delaware corporation and THE CLOROX COMPANY, a Delaware corporation,<br><br>Defendants. | Case No: 3:23-cv-00491-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**THE PARTIES HEREBY STIPULATE AND AGREE**, through their undersigned counsel, as follows: (i) the individual claims of Plaintiff Patrick Peterson are dismissed with prejudice; (ii) the claims of the putative class are dismissed without prejudice; and (iii) the parties shall bear their own costs, expenses, and fees.

Dated:  November 6, 2023

By: */s/ Katherine A. Bruce*

Katherine A. Bruce (SBN 288694)
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
T: (213) 788-4050


*Attorneys for Plaintiff Patrick Peterson*

By: */s/ Steven A. Zalesin*

Steven A. Zalesin (pro hac vice)
Jane M. Metcalf  (pro hac vice)
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
New York, New York 10036
T: (212) 336-2000
sazalesin@pbwt.com
jmetcalf@pbwt.com

Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
T: (415) 357-4600
glafayette@lkclaw.com
bchun@lkclaw.com

*Attorneys for Defendants The Glad Products
Company and The Clorox Company*

**~~PROPOSED~~ ORDER**

Based on the parties' stipulation, IT IS SO ORDERED.  The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Patrick Peterson's individual claims, and without prejudice as to the claims of the putative class.  All other existing dates and deadlines in this matter are hereby vacated.

DATED:   November 7, 2023         By: _____

THOMAS S. HIXSON
United States Magistrate Judge